UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
212-471-5100
bankruptcy@friedmanvartolo.com

In Re:

Catherine G. Yang

Case No.: __18-19559__

Judge: __Rosemary Gambardella__

Chapter: __13__

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the __Secured Creditor Attorney__ in this matter. On __September 11, 2018__, a Loss Mitigation Order was entered concerning:

Property:    __821 9th Street Secaucus, NJ 07094__

Creditor:    SN Servicing Corporation as Successor to Shellpoint Morgage

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on __May 5, 2019__.

For the reason(s) set forth below, the __Creditor__ hereby requests:

☐ An extension of the Loss Mitigation Period to _____ .

☑ Early termination of the Loss Mitigation Period, effective __Immediately__ .

Set forth the applicant's reason(s) for the above request:
Catherine G Yang (Debtor) was denied a loan modification due to "No Response." A copy of the denial letter is attached as "Exhibit A."

Dated: __April 17, 2019__                    /s/ Jonathan Schwalb, Esq.
                                                          Applicant's signature

*Revised  9/19/13*

# EXHIBIT A

# SN Servicing Corporation

323 FIFTH STREET (95501)
P.O. BOX 35
EUREKA, CA  95502
800-603-0836
FAX (707) 443-1562
8:00 a.m. - 5:00 p.m.  PST
**Main Office NMLS #5985**
**Branch Office NMLS #9785**

*YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT.  ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

**Para información en español llame al (800) 603-0836 ext 2660 / 2643**

4/2/2019

CATHERINE G YANG
821 9TH ST
SECAUCUS NJ 07094

SN Loan#:
Property Address:  821 9TH STREET, SECAUCUS NJ 07094

## Cancellation Notification

Dear CATHERINE G YANG,

PLEASE BE ADVISED: SN Servicing Corporation has cancelled our review of your account for mortgage assistance or loss mitigation options due to the following reason(s):

   [X] **No Response:** We did not receive a timely response to our offer to review your account for mortgage assistance.

   [ ] **Incomplete:** We did not receive all documents required for SN Servicing to complete our review process. You were sent a prior notification specifying the required documents along with a reasonable timeframe for you to submit, and you have not met these requirements as outlined.

If your loan is delinquent, collection activity may continue, including referral to foreclosure or foreclosure sale, unless prohibited by applicable law.

If you have any questions about this notification, please contact us during our normal business hours. Your asset manager is Megan Lynch and is available toll free by calling 800-603-0836 Monday through Friday from 8:00 am to 5:00 pm PST.

You may also contact the following agencies to explore other assistance resources that may be available to you:

- For help exploring your options, the Federal Government provides contact information for housing counselors, which you can access by contacting Consumer Financial Protection Bureau toll-free nationwide number (855) 411-2372 or online at www.consumerfinance.gov/mortgagehelp

- Comprehensive foreclosure avoidance assistance is available 24 hours a day at HOPE NOW toll-free nationwide number (888) 995-HOPE (4673)

- For your information, HUD-approved housing counseling agencies cannot charge you to help you explore your options.  You may arrange an appointment with a HUD-approved housing counselor by calling the HUD toll-free nationwide number (800) 569-4287 or TDD (800) 877-8339 or online at [www.hud.gov](www.hud.gov)

- If you are a Service member or dependent, or both, you may request relief under the Servicemembers Civil Relief Act (SCRA).  For more information, contact Military OneSource toll-free number nationwide number (800) 342-9647.

Respectfully,

Megan Lynch
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
(800) 603-0836

SN Servicing Corporation is a Licensed Mortgage Servicer with the North Carolina Commissioner of Banks (NCCOB), license number S-146081.

For Colorado residents - SN Servicing Corporation may also be contacted at the following address or phone number during normal business hours: Colorado Manager, Inc, 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763 office or 303-920-4767 fax.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>212-471-5100<br>bankruptcy@friedmanvartolo.com | |
| In Re:<br><br>Catherine G. Yang | Case No.:      18-19559<br><br>Chapter:      13<br><br>Judge:      Rosemary Gambardella |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   September 11, 2018  :

Property:  821 9th Street Secaucus, NJ 07094

Creditor:  SN Servicing Corporation as Successor to Shellpoint Morgage

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by   Secured Creditor  , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective   Immediately  .

*Revised 9/19/13*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
212-471-5100
bankruptcy@friedmanvartolo.com

In Re:
Catherine G. Yang

Case No.: 18-19559
Chapter: 13
Adv. No.:
Hearing Date:
Hon. Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Theodore Weber :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents SN Servicing Corporation in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On April 17, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Application for Early Termination of Loss Mitigation Period

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 17, 2019

/s/ Theodore Weber
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Catherine G. Yang<br>821 9th Street<br>Secaucus, NJ 07094 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |