**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorney for Debtors**

_____

| In the Matter of: | | |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Catherine Yang | | |
| | : | Honorable Rosemary Gambardella |
| | : | CASE NO. 18-19559 |
| Debtor | : | CHAPTER 13 |

_____

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Russell L. Low, being of full age, hereby certify the following:

1. On April 17, 2019 SN SERVICING CORPORATION filed an Application for Early Termination of the Loss Mitigation Period.

2. There were two portals opened at a time which showed us a discrepancy on which portal was the actual lender and the documents were uploaded to Shellpoint Mortgage Servicing and only afterwards were we advised that the loan was transferred to SN Servicing.

3. For the reasons set forth above the Loss Mitigation should not be terminated.

4. I certify that the foregoing statements made by me are true.

Dated: <u>April 23, 2019</u>                                                                                           <u>/s/ Russell L. Low, Esq.</u>
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor